**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Appalachian Producer Services Corp., Debtor. | : | Bankruptcy Case No.: 25-22299-JAD |
| | : | Chapter 11 |
| Appalachian Producer Services Corp., Plaintiff, | : | Adversary Case No.: 25-02107 |
| v. | : | Document No.: |
| Kapitus, LLC, Defendant. | : | Related to Document No. |

**CERTIFICATE OF SERVICE**

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the forgoing Summons, Pre-Trial Order, Complaint, Exhibit, and Proposed Order on the following parties via United States First Class Mail, and/or electronic mail, at the addresses listed below on December 18, 2025, as follows:

Kapitus, LLC
Attn: Andrew Reiser, CEO
120 W 45th Street
New York, NY 10036

Ronna G. Jackson
DOJ-Ust
211 West Fort Street
Ste 700
Detroit, MI 48226

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: December 18, 2025

By: /s/Matthew Gillespie
Matthew Gillespie, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mgillespie@thompsonattorney.com